# EXHIBIT A

CARDWORKS SERVICING, LLC
P.O. BOX 9201
OLD BETHPAGE, NY 11804

October 11, 2011
RE: ███████9906
Current Creditor – Merrick Bank
Original Creditor – Merrick Bank
Original Loan Number – ███████9906

|..||..||....||....|.||..|.|.|.|..|.|.|.|..||..|.|.||..|..|.|
Jennifer Black
███████████████

Dear Jennifer Black,

Please be aware that our company, CardWorks Servicing, LLC, has been hired to collect the above referenced debt. This letter is to offer you participation in the CardWorks Servicing Settlement Program. You may settle the above referenced account by choosing either the Lump Sum or Extended offers described below. Please understand we are not obligated to renew this offer. Our client may report information about your account to credit bureaus, late payments, missed payments, or other defaults on your account may be reflected in your credit report. This offer expires November 30, 2011

**Lump Sum (1 payment)**
We will consider the above-referenced account settled, in full, if you make a one-time payment of $576.44 (which equals 30.0% of the outstanding balance of $1,921.45) prior to the expiration date of November 30, 2011

**Extended Offer (pay over time)**
We will consider the above-referenced account settled, in full, if you make payments as follows:
- Remit your first payment in the amount of $24.02 within 35 days of this letter.
- Continue to make monthly payments in the amount of $24.02.
- Payments must be made every 30 days for 36 months.
- Failure to make the agreed upon monthly payments will void this offer, and the current balance will be owed in full.
- Accepting the Extended Offer will result in a total of payments greater than the Lump Sum Offer.

If you are enrolled in the Extended Settlement Program, CardWorks Servicing will cease collection activity on this account. If payments are not made on or before the dates identified above, CardWorks Servicing will resume its attempts to collect the full balance owed and the payment arrangement described in this offer will no longer be honored. After your settlement is complete, Merrick Bank will forgive any remaining balance and report to the credit bureau agencies that this account has been settled.

We have now created three convenient ways for you to settle your debt:
- Visit us at www.solvethatdebt.com and enter your response code (███████7735)
- Call into our call center at 1-877-487-5583 and make your payment over the phone
- Mail your payment with the voucher below

If you have any questions including the origination of this debt, please contact our office today, toll-free, at 1-877-487-5583. Hours of operation are Monday-Wednesday and Friday 8:00 AM to 9:00 PM EST, Thursday 12:30 PM-9:00 PM EST, and Saturday 8:00 AM – 4:30PM EST.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,
CardWorks Servicing, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

CWLTR01

*Please detach and return with payment in envelope provided*

Make checks payable to CardWorks Servicing

Name:     Jennifer Black
Address:

Account number: .9906
*This offer expires*  *November 30, 2011*
Payment Amount: $576.44

Mail payment to:

CardWorks Servicing
P.O. Box 30537
Tampa, FL 33630-3537

9060000000000    453